IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 07- 03M-MPT |
| ) | |
| ERIC MOORE, ) | CR07-66-UNA |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO SEAL**
**CRIMINAL COMPLAINT, AFFIDAVIT, ARREST WARRANT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint, Affidavit, Arrest Warrant and File in the above-captioned case be sealed until further order of the Court.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: January 8, 2007

**IT IS SO ORDERED** this ___8___ day of ___January___, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court

FILED
JAN 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE