IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>        Plaintiff, )<br>    )<br>    v.     )<br>    )<br>ERIC MOORE, )<br>    )<br>        Defendant. ) | Criminal Action No. 07- 66-UNA<br><br>REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### Count 1

On or about November 17, 2005, in the District of Delaware, Eric Moore, the defendant, knowingly and with intent to defraud, falsely made and counterfeited obligations of the United States, that is, counterfeit $50, $20, $10 and $5 Federal Reserve Notes, which the defendants then knew to be counterfeited, in violation of Title 18, United States Code, Section 471 and Section 2.

#### Counts 2 - 4

From on or about November 17, 2005, through on or about November 23, 2005, in the District of Delaware, Eric Moore, the defendant, with intent to defraud, did pass counterfeit obligations of the United States, that is, counterfeit Federal Reserve Notes, which the defendant then knew to be counterfeited, the locations being described more particularly as follows:

| Count | Location |
|---|---|
| 2 | Wendy's Restaurant<br>Dover, DE |



FILED MAY 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| Count | Location |
|---|---|
| 3 | Hardee's Restaurant, Dover, DE |
| 4 | Staples, Dover, DE |

All in violation of Title 18, United States Code, Section 472.

### Count 5

From on or about November 17, 2005, through on or about November 23, 2005, in the District of Delaware, Eric Moore, the defendant, knowingly did conspire with a person known to the Grand Jury to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 472, by possessing and passing counterfeit Federal Reserve Notes with intent to defraud. In furtherance of the conspiracy, the defendant committed and caused to be committed overt acts, that is, the defendant passed counterfeit Federal Reserve Notes as charged in Counts 2 through 4 of this Indictment, incorporated herein by reference, all in violation of Title 18, United States Code, Section 371.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 5-10-07

2