IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-66-UNA |
| | ) | |
| ERIC MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Eric Moore, pursuant to an Indictment returned against him by the Federal Grand Jury on May 10, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: May 10, 2007

AND NOW, this __10__ day of __May__, 2007, upon the foregoing Motion, IT IS ORDERED that an arrest warrant issue for the arrest and apprehension of ERIC MOORE.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAY 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE