

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
)
v. ) Case No. 07-03M-MPT CR07-66
)
ERIC MOORE, )
)
Defendant. )

**MOTION AND ORDER FOR**
**LIMITED EXCEPTION TO THE COURT'S ORDER TO SEAL**

The United States of America, by and through its undersigned attorney moves that as a limited exception to this Court's Order, dated May 10, 2007, sealing the entire file, that the Secret Service, in its attempts to locate the fugitive defendant, be permitted to share the Criminal Complaint, Affidavit, and Arrest Warrant, with Federal, State, and local investigators, including the placement of the arrest warrant on the NCIC data base.

COLM F. CONNOLLY
United States Attorney

By: ______________________
Edmond Falgowski
Assistant United States Attorney

Dated: 5-16-07

**IT IS SO ORDERED** this 17 day of May, 2007.

______________________
HONORABLE MARY PAT THYNGE
United States Magistrate Court