ORIG. FILED IN OPEN COURT

RPG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-66 |
| ) | |
| ERIC MOORE, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Eric Moore has been arrested.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: June 18, 2007

AND NOW, this ____ day of _June_____, 2007, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
United States District Court

FILED
JUN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE