UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 07-66 UNA |
| | ) |
| ERIC MOORE, | ) |
| | ) |
| Defendant. | ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **June 18th, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until **August 20th, 2007**.

The time between the date of this order and **August 20th, 2007** shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

_____
Honorable Gregory M. Sleet
U.S. District Judge

cc: Defense Counsel
    United States Attorney



FILED
JUN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE