AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

ERIC MOORE

**WARRANT FOR ARREST**

Case Number:  CR 07-66-UNA

SEALED ~~ UNSEALED 6/18/07 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ERIC MOORE
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)

MAKING COUNTERFEIT NOTES - ( COUNT I )
PASSING COUNTERFEIT NOTES - ( COUNTS II THRU IV )
CONSPIRACY TO PASS COUNTERFEIT NOTES - ( COUNT V )

in violation of Title    18    United States Code, Section(s)    472

PETER T. DALLEO
Name of Issuing Officer

By: [signature]; Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MAY 10, 2007 at WILMINGTON, DE
Date and Location

FILED JUN 2 8 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 5-10-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-18-07 | William David Dugan | William David |