IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>v. )<br>)<br>ERIC MOORE, )<br>)<br>        Defendant. ) | Criminal Action No. 07-66-GMS |

### JOINT MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

NOW COMES the defendant Eric Moore, by and through his attorney, Dennis Caglia, Esquire, and the United States of America, by and through its attorney, Assistant United States Attorney Edmond Falgowski, and jointly requests the Court pursuant to 18 U.S.C. § 3161(h)(8)(A), to exclude under the Speedy Trial Act by 60 days the period of time within which the trial of the above-captioned matter must commence. In support of this motion, the parties submit as follows:

1. On May 10, 2007, the Grand Jury for the District of Delaware indicted the defendant on charges relating to the making and passing of counterfeit notes.

2. On August 22, 2007, the United States advised Dennis Caglia, Esquire, counsel for defendant, that the United States was prepared to refer the defendant to the Probation Department for consideration of its Pretrial Diversion Program. United States Probation Officer Craig Carpenter presently is supervising the defendant on pretrial release and advises that it will take approximately 60 days for his office to resolve the defendant's eligibility for the Program.

3.  The Speedy Trial Act provides that the Court can exclude delay on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

WHEREFORE, the parties respectfully request that the Court exclude under the Speedy Trial Act a period of 60 days from the date of this joint motion.

Respectfully submitted,

_____  8/30/07
Dennis Caglia, Esquire
502 Swede Street
Norristown, Pennsylvania 19401
*Attorney for Defendant Eric Moore*

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
Nemours Building, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

Dated: 9-5-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v.                                    )     Criminal Action No. 07-66-GMS<br>)<br>ERIC MOORE,                         )<br>)<br>Defendant.         ) | |

**ORDER**

Having considered the parties' Joint Motion to Exclude Time Under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(8)(A),

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that in the interest of justice, the time within which trial in the above-captioned matter must commence shall be excluded for a period of sixty (60) from the date of the parties' joint motion so that the United States Probation Department may determine the defendant's eligibility for the Pretrial Diversion Program.

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court