IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-66-GMS |
| ) | |
| ERIC MOORE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the parties' Joint Motion to Exclude Time Under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(8)(A),

IT IS HEREBY ORDERED this 6th day of Sept., 2007, that in the interest of justice, the time within which trial in the above-captioned matter must commence shall be excluded for a period of sixty (60) from the date of the parties' joint motion so that the United States Probation Department may determine the defendant's eligibility for the Pretrial Diversion Program.

Honorable Gregory M. Sleet
Chief Judge, United States District Court



FILED

SEP - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE