IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-66-GMS |
| ) | |
| ERIC MOORE, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

NOW COMES the United States of America, by and through its undersigned attorney, and requests the Court pursuant to 18 U.S.C. § 3161(h)(2), to exclude under the Speedy Trial Act by one year the period of time within which the trial of the above-captioned matter must commence. In support of this motion, the United States submits the following:

1. On May 10, 2007, the Grand Jury for the District of Delaware indicted the defendant on charges relating to the making and passing of counterfeit notes.

2. On or about August 22, 2007, the United States referred the defendant to the United States Probation Department for consideration of its Pretrial Diversion Program. On October 18, 2007, United States Probation Officer Craig Carpenter advised that the defendant was a proper candidate for a period of 12 months pretrial diversion.

3. On November 5, 2007, the United States received from Dennis P. Caglia, Esquire, counsel for defendant, a four-page <u>AGREEMENT FOR PRETRIAL DIVERSION</u>, executed by Mr. Caglia and his client. The term of the pretrial diversion is one year.

4. The Speedy Trial Act provides that the Court can exclude "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the Court, for the purpose of allowing the defendant to demonstrate his good conduct." 18 U.S. C. § 3161(h)(2).

5. The United States has reviewed this motion with Dennis P. Caglia, Esquire, and he has no objection to the motion.

WHEREFORE, the parties respectfully request that the Court approve the deferral by the Government and exclude under the Speedy Trial Act a period of one year, or until such date as the Pretrial Diversion Agreement may be revoked for non-compliance, whichever date may first occur.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
Nemours Building, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

Dated: 11-7-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-66-GMS |
| ) | |
| ERIC MOORE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the Government's Motion to Exclude Time Under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2),

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that the time within which trial in the above-captioned matter must commence shall be excluded for a period of one year, or until such date as the Pretrial Diversion Agreement may be revoked for non-compliance, whichever date may first occur.

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                         ) | Criminal Action No. 07-66-GMS |
| ) | |
| ERIC MOORE,                      ) | |
| ) | |
| Defendant.            ) | |

I, Sharon Bernardo, an employee of the United States Attorney's Office, hereby certify that on November 7, 2007, I electronically filed the foregoing:

**MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

with the Clerk of the Court using the CM/ECF which will send notification of such filing and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed to counsel of record as follows:

DENNIS P. CAGLIA, ESQUIRE
502 Swede Street
Norristown, PA   19401

/s/ Sharon R. Bernardo