IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-66-GMS |
| | ) | |
| ERIC MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having considered the Government's Motion to Exclude Time Under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2),

**IT IS HEREBY ORDERED** this 8th day of Nov., 2007, that the time within which trial in the above-captioned matter must commence shall be excluded for a period of one year, or until such date as the Pretrial Diversion Agreement may be revoked for non-compliance, whichever date may first occur.

Honorable Gregory M. Sleet
Chief Judge, United States District Court



FILED

NOV - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE