IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Criminal Action No. 07-66-GMS |
| ) | |
| ERIC MOORE, ) | |
| ) | |
| Defendant. ) | |

**MODIFICATION OF ORDER OF RELEASE**

Having considered the Government's Motion For Modification of Conditions of Release, IT IS HEREBY ORDERED this 13th day of December, 2007, that the Order Setting Conditions of Release, Docket Item 12, is modified in that condition 7(g), which requires that "The defendant shall surrender any passport to the Clerk of the Court," is eliminated as a condition of the defendant's release.

Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED

DEC 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE